IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARL LEGG, GENESIS GROUP, LLC and
GENESIS GROUP, INC.,

    Plaintiffs,

v.

BOU-MATIC, LLC,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-70-slc

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Bou-Matic, LLC, granting its motion for summary judgment and dismissing this case.

_____      1-8-2013
By: [signature], Deputy Clerk                                  Date
Peter Oppeneer, Clerk of Court